United States District Court
Southern District of Texas

**ENTERED**

November 08, 2025

Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| Freedom Marine Solutions, L.L.C., as | § | |
| Operator of the M/V FMS Courage, | § | CIVIL ACTION NO. H: 25-1874 |
| Praying for Exoneration from and/or | § | |
| Limitation of Liability | § | |
| | § | |

## ORDER

Pending before the Court in the above referenced proceeding is Magistrate Judge Bray's Memorandum and Recommendation (Doc. No. 29) that default be entered against all persons and/or entities claiming damages for any loss, damage, injury, or destruction occasioned by, resulting from, or in any way arising out of or in connection to, the June 23, 2024 incident described in the Limitation Complaint who have not filed or served on counsel for Petitioners-in-Limitation both their claims and answers. No objections to the Memorandum and Recommendation have been filed and the time for doing so has passed.

Upon review, the Court agrees with Magistrate Judge Bray's conclusion. Accordingly, it is hereby

**ORDERED** that the Memorandum and Recommendation (Doc. No. 29) is **ADOPTED**. Petitioners-in-Limitation's *Ex Parte* Motion for Default (Doc. No. 15) is **GRANTED**.

SIGNED this _____ day of November, 2025.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE